The United States District Court For The
Eastern District of Texas
Marshall Division

| | |
|---|---|
| Robert Ray § § | |
| vs. § § | C.A. No. 2:15-cv-714 |
| Union Pacific Railroad Company, § | |
| Jay Everett, Mario Ramos, and § | |
| Lane Blasingame § | |

## Order

ON THIS DATE came on to be considered Plaintiff Robert Ray and Defendants Union Pacific, Jay Everett, Mario Ramos, and Lane Blasingame's Joint Motion to Dismiss with Prejudice, and after reviewing the pleadings on file and after having considered the factors necessary for disposition of this matter, is of the opinion that the motion should be GRANTED.

IT IS, therefore, ORDERED, ADJUDGED, AND DECREED that this suit is hereby dismissed with prejudice and that each party shall bear its own costs.

**SIGNED this 18th day of September, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE